■ RANSOM OAKS COMMUNITY CORPORATION, Respondent, v GOLF & COUNTRY CLUBS, INC., Appellant.—Order unanimously affirmed without costs for reasons stated at Supreme Court, Doyle, J. (Appeal from order of Supreme Court, Erie County, Doyle, J.—dismiss complaint.) Present—Dillon, P. J., Callahan, Boomer, Lawton and Davis, JJ.